# EXHIBIT A

I trailed off the last couple weeks due to injury and rain

and also a couple days my body was like, "bro, wtf are you trynna do to me!"

i think just accumulated malnutrition was wearing on me

i did like 130 miles during the fast

Damn

Super hero



Tue, Feb 25 at 5:11 PM

Do you know any tenant landlord lawyers per chance?

no! your ll bein a dick?

Yes

damn! are you on sl blvd still?

Yuuuuup moved the husband in

are they trying to tear down the bldg?

Landlord is pissed and wants to illegally raise the rent

Like 21% and I'm went controlled

Edited to "Like 21% and I'm rent controlled "

oh hell naw

DEFENDANT'S
EXHIBIT
PENGAD 800-631-6989

PL01301

**EXHIBIT A
Page 36**

He also wants me to initiate an email agreeing to crazy terms bc they are illegal

pissed that your husband moved in? or pissed that you're still rent controlled?

I'm lawyering up tomorrow

pissed that your husband moved in? or pissed that you're still rent controlled?

Both

yeah, fuck that

Also that I pay $600 less a month than he wants but he's a slum lord

look up tenants rights advocates in la

I've lived here since 2007

should be an easy case

Yes accept I didn't get permission to love in my husband but I'm claiming guest

We never are here for 30 consecutive days

Lahd says that's when someone becomes an occupant

He also wants naief to get a co signer who isn't me his wife lol

Bc he doesn't have a job here yet

This is allllll discrimination

oh, he's being a pest for sure

PL01302

EXHIBIT A
Page 37

oh, he's being a pest for sure

Ethnic, familial, sexist

you've been on time for 18 years

Yup

And naief submitted my paystubs and he sees I make a lot

So he's trying to cash in

how did he find out?

He showed up without notice claiming a leak emergency when there wasn't one... harassment

Then in Feb tried to cancel my rent payment online and tried to make me late to have reason to evict me

Harassment again

I have a harassment case started with the city but it's going to take too long

well, definitely do not agree to anything verbally or in writing w him

i wouldn't even respond to any emails until you hire an attorney to handle your communications tbh

Sun, Mar 9 at 5:34 PM

slept straight through Fajr this morning. and my gf had me in the sun gardening all afternoon. i'm dying 💀

did your lawyer get your ll to back off?

Oh no!!!!! Good for you Courtney! I'm so proud of you for fasting. No success yet getting the lawyer to back off yet. So far there's been a few phone calls between them but that's it. The ll is now using veiled threats suggesting naief lied on his green card about his address etc. he's a

PL01303

pos

holy shit, that's fucked up

He's so unethical I should retaliate by collingbsocual services accusing him of molesting his serogate sons with his husband

what's your ll name. i'm gonna go on the dark web and wreck his credit

Sweeeeet

lmao

i'm not

Michael kraut

but it's an option.....

Do it

oh shit, he's a criminal defense attorney

Yes

Total piece of shit

fuck. yeah, you need a good lawyer for sure. this mfer knows all the loop holes

he been in and out of em several times over

Bar complaint in his future

100% do that

He's definitely using threats and mis representing the law for monetary gain... isn't that against lawyer code or

PL01304

ethics or something?

He's also a liar but I guess we aren't under oath so it's ok

hit him with some yelp reviews

Can't you delete those?

it's petty but it'll feel good

lol

and he's 100% the type of person to chewck those often

Where are you living these days? You have a garden? Love it!

in highland park. i have some plants outside, lol. angie has a garden. not veggies though.

Sweet! She should have some veggies!!!!

today i had to trim all her tree hedges and pull an overgrown fire plant

You're a very nice boyfriend to do that while fasting



so dumb to skip breakfast. idk why i went back to sleep after my alarm

How many ramadans have you fasted now? Three?

woke back up at 605 like fuuuuuuuuck

It happens!!!

PL01305

Noooooo

lmao

yes, this is my 3rd

honestly, this one has been way easier. i stopped stuffing myself at breakfast and the day runs so much smoother

Thu, Mar 20 at 2:06 PM

so... Eleanor said kraut was bullying them so they left. said he peeped in their window and saw drug paraphernalia and he threatened to call the cops

Wow

I mean wasn't pot legal?

He's being a real sob still

yeah, he sounds like traash

Did they ever file a harassment case against him with the city? I'm pretty sure peeping Tom landlord is a violation of their quiet enjoyment of the place and you're allowed a certain level of illegal activity in your own home lol

He's trying to accuse me and Naif of all kinds of unwarranted things and forged a trespassing notice and posted it to my door. I'm going to take it to a police station to verify it's fake and see if I can also press criminal charges lol

trespassing? after you paid rent?

Yup

And vacated Naif

PL01306

**EXHIBIT A
Page 41**

wtf? what's your lawyer saying. did he cash the rent check?

Saying police are instructed to arrest Naif if he's seen on the property

We're at Nora's this week coming up with a plan

yeah, well, that's certainly not legal at all

Naif doesn't have a court case against him so it's totally fake

It also sites tresspassing laws that are for businesses like naief is a homeless man damaging and visiting a property after hours



PL01307

**EXHIBIT A**
**Page 42**

I found it online and it's for a Sacramento city not even las form

did he cash your rent check for march?

Yup

yeah, you need to bring in a tenants rights org. he's clearly harrassing you atp

definitely need to file a lawsuit of some sort

I did but the Lahd said they can't confirm if the notice is real bc it's a criminal matter.

Yeah that's what the lawyer said but it's $$$$ and kraut being a criminal lawyer could hold us up in court forever

if you win he has to pay attorney's fees

plus considerable damages i would assume

Yeah well I would feel more comfortable if the lawyer would work on contingency

and he's not?

Regarding damages, do you think the lawyer would get 1/3? Or how does that work

I hired the lawyer for teh housing dispute for a $3k flat fee... he's saying a civil suit isn't covered under the retainer agreement but it's still the same issue of tenancy for myself and family

He also said he technically just represents me vs me and naif

jesus

what a dick

fuck is wrong w ppl

PL01308

**EXHIBIT A**
**Page 43**



**Complete_with_Docusign_20250228_Retainer_A.pdf**
PDF Document · 717 KB

I think it covers this but lmk

"You and Your family's tenancy" means he works for You and Your Family

That's what I told him

but he may be correct about only the tenancy aspect and not harrassment

He's likely thinking this is a huge bag of dicks he signed up for

he's scared of kraut

he's being a bitch

Well kraut is a POS

Dirty MF

unclear what happens to the $3k fee if you have to fire this mf or if he fires you.

why isn't Nora helping you!!! she has a bigger dick than these two buffoons combined

She's scared of kraut too and isn't a tenant landlord lawyer

She said if we sue she can help consult and help with edits and writing but she doesn't have time

Whats the point of having a lawyer in the family!!!!

lmao

PL01309

why is she scared of him??

lol

da fuq

> He came after us 10 years ago and she just moved out and left it to me bc she was trying to pass the bar and he threatened her license or something

damn

> Or said a judgement agains her would affect her bar license

Sat, Mar 22 at 2:08 PM



Wed, Apr 30 at 3:53 PM

> Can you ask Elenor if she'd be open to chatting with my lawyers about her experience with my landlord? They want to interview her. If so can you share her number?

Wed, Apr 30 at 6:54 PM

PL01310

**EXHIBIT A**
**Page 45**

hey! reached out earlier but still haven't heard back from her

sry, got busy

how are things going with it?

The housing rights center is looking promising they're interviewing people and want to send a letter and force him to mediate or we sue

It's ongoing 😳

in the meantime are you guys still in laguna?

No I'm a single mom Tuesdays-Friday mornings and driving up during Tuesday mornings and down Friday afternoons

Sucks ass

Kraut looks like he fundraisers for Kamala Harris and human rights....America is so corrupt

Edited to "Kraut looks like he fundraises for Kamala Harris and human rights....America is so corrupt "

damn, i'm sorry

you got new attornies or they decided to actually do their job?

No I have the same story and receueted the housing rights center

Edited to "No I have the same story and recruited the housing rights center"

They all are working together now but no one seems super on it or knowledgeable

They at least will be working on contingency

a silver lining!

PL01311

**EXHIBIT A**
**Page 46**

they gotta work for their bag

Yup

And push for my new down payment on a house

Fucking asshole kraut

He's got the funds

Cheap ass rich mf

Fri, Jun 6 at 11:06 AM

Hey do you have Elenore's number?  I think I could have an old one... the legal team wants to reach out to her

she never responded when i asked her back in april. she probably doesn't wanna get in it, i imagine

Ahhhh ok

**Eleanor Wells**

## EW

u should reach out to her directly before sending her to your lawyers

Ok

Read 6/6/25

did you have the same number already?

PL01312

**EXHIBIT A**
**Page 47**